# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk DIVISION

## Tuesday, March 20, 2018

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT**: THE HONORABLE Mark S. Davis, District Judge
Courtroom Deputy Clerk: Valerie A. Ward
Law Clerk: Matthew Carr                    Reporter: Paul McManus

| Set: 9:30 a.m. | Started: 9:30 a.m. | Ended: 6:45 p.m. |
|---|---|---|

Case No. 2:16cr130

United States of America

v.

Antonio Simmons, Nathaniel Tyree Mitchell

And Malek Lassiter

All jurors, counsel and parties present pursuant to adjournment on March 19, 2018.

All defendants present in custody.

Matter came on for continuation of trial with jury.

Jury received Court's charge.

Closing argument of Government heard.

Jury excused until 9:30 a.m. on 3/21/18.

Defendants remanded to custody of USM.

Court adjourned.

(Lunch: 1:25 p.m. - 2:20 p.m.)