# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
Norfolk  DIVISION

**Thursday, March 22, 2018**

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT**: THE HONORABLE  Mark S. Davis, District Judge
Courtroom Deputy Clerk: Valerie A. Ward
Law Clerk:  Matthew Carr                                Reporter: Paul McManus

| Set: 9:30 a.m. | Started: 12:20 p.m.<br>2:00 p.m. | Ended: 12:30 p.m.<br>3:05 p.m. |
|---|---|---|

| Case No.  2:16cr130 |
|---|
| United States of America |
| v. |
| Antonio Simmons, Nathaniel Tyree Mitchell |
| And Malek Lassiter |
| |
| All jurors, counsel and parties present pursuant to adjournment on March 21, 2018. |
| All defendants present in custody. |
| Matter came on for continuation of trial with jury. |
| Jury continued with their deliberations. |
| Out of the presence of the jury, Court and counsel discussed question from jury and agreed on an appropriate response.  Court made agreed statement to the jury. |
| The jury returned with their verdicts. |
| Jury verdicts read into the record. |
| As the Clerk was reading Count 21 of the verdict as to defendant Nathaniel Mitchell, defendant Mitchell became disruptive; he was warned by the Court as to his disruptive behavior; defendant Mitchell was then removed from the courtroom. |
| Jury polled on verdict as to each defendant, all answering in the affirmative. |
| Clerk directed to file verdicts. |
| Jurors excused. |
| Sentencing procedures orders, entered and filed. |

| |
|---|
| Sentencings set as follows: Antonio Simmons set for July 19, 2018, at 10:00 a.m. in Norfolk; Nathaniel Tyree Mitchell set for July 17, 2018, at 10:00 a.m. in Norfolk; and Malek Lassiter set for July 18, 2018, at 10:00 a.m. in Norfolk. |
| Oral motion to substitute physical evidence with photos, which motion was **GRANTED**. |
| Defendants remanded to custody of USM. |
| Court adjourned. |
| |
| |
| |
| |
| |