# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

United States of America
PLAINTIFF

V.

Antonio Simmons
Nathaniel Tyree Mitchell
Malek Lassiter
DEFENDANT

**WITNESS LIST**

Case Number: 2:16cr130

| PRESIDING JUDGE<br>Mark S. Davis | COURTROOM DEPUTY<br>Valerie A. Ward | COURT REPORTER<br>Paul McManus, OCR |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>February 6, 2018 | PLAINTIFF ATTORNEY(S)<br>Joe DePadilla<br>Andrew Bosse<br>John Butler<br>Theresa Wallbaum | DEFENDANT ATTORNEY(S)<br>Laura Tayman<br>David Good<br>Lawrence Woodward, Jr.<br>Emily Munn<br>Jason Dunn |

| PLF | DFT | DATE APPEARED | WITNESSES |
|---|---|---|---|
|   |   |   |   |
| X |   | 2/7/18 | John Humphries |
| X |   | 2/7/18 | Sgt. Kevin McGee |
| X |   | 2/7/18 | Beth Shelkey Hoyas |
| X |   | 2/7/18 | Bryan Davis |
| X |   | 2/7/18 | Russell Scott Cater |
| X |   | 2/7/18 | Robert Dyer |
| X |   | 2/8/18 | Robert Dyer (cont'd) |
| X |   | 2/12/18 | Stanley Alexander |
| X |   | 2/12/18 | Nicole Hill |
| X |   | 2/12/18 | Ian Barber |
| X |   | 2/12/18 | Kyle Groome |
| X |   | 2/12/18 | Jessica Belton (Expert) |
| X |   | 2/12/18 | William Banks (Expert) |

| PLF | DFT | Date Appeared | WITNESSES |
|---|---|---|---|
| X | | 2/12/18 | Billy-Joe Parrish |
| X | | 2/12/18 | Theodore Vann |
| X | | 2/13/18 | Theodore Vann (cont'd) |
| X | | 2/13/18 | Stephen Parker (Expert) |
| X | | 2/14/18 | Bryant Hall |
| X | | 2/15/18 | Bryant Hall (cont'd) |
| X | | 2/20/18 | Bryant Hall (cont'd) |
| X | | 2/20/18 | Doretha Lassiter |
| X | | 2/20/18 | Melvin Lassiter |
| X | | 2/20/18 | Anthony Primus |
| X | | 2/20/18 | Direal Smith |
| X | | 2/20/18 | Kiandra Wilson |
| X | | 2/20/18 | Billy-Joe Parrish |
| X | | 2/20/18 | Jaime Thomas |
| X | | 2/21/18 | Brian L. Davis |
| X | | 2/21/18 | Wendy Gunther (Expert) |
| X | | 2/21/18 | Robert Clark |
| X | | 2/21/18 | Al-Quadir Tynes |
| X | | 2/21/18 | Roosevelt Foster |
| X | | 2/21/18 | Billy-Joe Parrish |
| X | | 2/21/18 | Terry Civils |
| X | | 2/21/18 | Raymond Morton |
| X | | 2/22/18 | Al-Quadir Tynes (cont'd) |
| X | | 2/22/18 | Anthony Sylvia |
| X | | 2/22/18 | Terry McCurdy |
| X | | 2/22/18 | Babatunde Stokes (Expert) |
| X | | 2/22/18 | Anne O'Neill |
| X | | 2/22/18 | Brooke Lassiter |
| X | | 2/22/18 | Helen Breckenridge |

| PLF | DFT | Date Appeared | WITNESSES |
|---|---|---|---|
| X | | 2/22/18 | Daniel Call |
| X | | 2/22/18 | Jamie Montgomery-Jennings |
| X | | 2/22/18 | Dupree Foster |
| X | | 2/22/18 | Paul McDuffie, Sr. |
| X | | 2/26/18 | Elizabeth Kinnison (Expert) |
| X | | 2/26/18 | Anthony Ledbetter |
| X | | 2/26/18 | Ryshon McKnight |
| X | | 2/26/18 | Donte Brehon |
| X | | 2/26/18 | Reginald Coleman |
| X | | 2/26/18 | Quadija Clinkscales |
| X | | 2/26/18 | Jean Claude Noel |
| X | | 2/27/18 | Jean Claude Noel (cont'd) |
| X | | 2/27/18 | Matthew Burnham |
| X | | 2/27/18 | Elizabeth Kinnison (Expert) |
| X | | 2/27/18 | Kevin Moore |
| X | | 2/27/18 | Calvin Burke, Sr. |
| X | | 2/27/18 | Paul Mykelby |
| X | | 2/27/18 | Sparkle Morris |
| X | | 2/27/18 | Charlotte Purkey |
| X | | 2/27/18 | John Wishart |
| X | | 2/27/18 | Brittany Brainard |
| X | | 2/27/18 | Zack Kirby |
| X | | 2/27/18 | Thomas Webb |
| X | | 2/27/18 | Ethan Bloodworth |
| X | | 2/27/18 | Wesley Carr |
| X | | 2/28/18 | Anthony Cissel |
| X | | 2/28/18 | Therese Moynihan (Expert) |
| X | | 2/28/18 | Gary Hassell |
| X | | 3/1/18 | Gary Hassell (cont'd) |

| PLF | DFT | Date Appeared | WITNESSES |
|---|---|---|---|
| X | | 3/1/18 | Anthony Cheeks |
| X | | 3/1/18 | Wendell Cosenza (Expert) |
| X | | 3/5/18 | Wendell Cosenza (Expert) (cont'd) |
| X | | 3/5/18 | Antanisha Rains |
| X | | 3/5/18 | Alvaughn Davis |
| X | | 3/6/18 | Alvaughn Davis (cont'd) |
| X | | 3/6/18 | Deric Twitty |
| X | | 3/7/18 | Wendell Cosenza (Expert) (cont'd) |
| X | | 3/7/18 | Alvaughn Davis (cont'd) |
| X | | 3/8/18 | Mark Gripka |
| X | | 3/12/18 | Mark Gripka (cont'd) |
| X | | 3/13/18 | Shakeema Taylor |
| X | | 3/13/18 | Linda Wilson |
| | | | **Antonio Simmons Witnesses** |
| | X | 3/13/18 | Diane Simmons |
| | | | **Malek Lassiter Witnesses** |
| | X | 3/13/18 | Kimberly Foye |
| | X | 3/13/18 | Dashea Goode |
| | X | 3/13/18 | Ashanti Goode |
| | X | 3/13/18 | Brandon Williams |
| | X | 3/13/18 | Malek Lassiter |
| | | | **Nathaniel Tyree Mitchell Witnesses** |
| | X | 3/13/18 | Mark Gripka |