# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**EXHIBIT LIST**
**DEFENDANTS**

United States of America
PLAINTIFF

V.

Antonio Simmons
Nathaniel Tyree Mitchell
Malek Lassiter
DEFENDANT

CASE NUMBER: 2:16cr130

| PRESIDING JUDGE<br>Mark S. Davis | COURTROOM DEPUTY<br>Valerie A. Ward | COURT REPORTER<br>Paul McManus, OCR |
|---|---|---|
| | PLAINTIFF ATTORNEY(S)<br>Joe DePadilla<br>Andrew Bosse<br>Teresa Wallbaum<br>John Butler | DEFENDANT ATTORNEY(S)<br>Laura Tayman<br>David Good<br>Lawrence Woodward, Jr.<br>Emily Munn<br>Jason Dunn |

| PLF NO. | DFT NO. | DATE Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | DS-7 | 2/12/18 | | 2/12/18 | Kyle Groome<br>Field Case Report (Chesapeake Police Dept) |
| | DM-1 | 2/20/18 | | 2/20/18 | Bryant Hall<br>Photo of inside of car |
| | DM-2 | 2/22/18 | | 2/22/18 | Terry McCurdy<br>Photo of inside of car with blood stains |
| | DM-3 | 2/22/18 | | 2/22/18 | Anne O'Neill<br>Photo of police markers (#3) with cell phone |
| | DM-4 | 2/22/18 | | 2/22/18 | Photo of police markers (#4,#5) |
| | DM-5 | 2/28/18 | | 2/28/18 | Therese Moynihan<br>Memorandum Record (Dated 12/22/14) |
| | DS-18 | 3/1/18 | | 3/1/18 | Anthony Cheeks<br>Certificate of Analysis (Dated 1/16/18) |
| | DS-19 | 3/1/18 | | 3/1/18 | Certificate of Analysis (Dated 1/9/18) |
| | DS-20 | 3/1/18 | | 3/1/18 | Mid-Atlantic Laboratory (Chemical Anaylsis Report) |
| | DS-22 | 3/6/18 | | 3/6/18 | Deric Twitty<br>Consent Order of Forfeiture (Deric Twitty) |
| | DS-21A | 3/6/18 | | 3/6/18 | Affidavit of Challenge of the Courts Jurisdiction |
| | DS-21B | 3/6/18 | | 3/6/18 | Birth Certificate of Deric Twitty |
| | DS-21C | 3/6/18 | | 3/6/18 | Declaration of Deric Twitty |
| | DS-21D | 3/6/18 | | 3/6/18 | Twitty Family of Sovereign Coat of Arms |
| | DS-21E | 3/6/18 | | 3/6/18 | Affidavit Declaring my Withdrawal of Plea Agreement |
| | DS-21F | 3/6/18 | | 3/6/18 | Priority Mail Receipt |